TIN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH J. TAGGART,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **WELLS FARGO HOME** | : | |
| **BANK N.A., et. al.** | : | **No. 12-cv-3177** |
| Defendants. | : | |

### O R D E R

**AND NOW**, this 17th day of June, 2013, upon consideration of Defendants' Motion to Dismiss (Doc. No. 3) and all responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED.** The Plaintiff's Complaint is **DISMISSED** with prejudice.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.